ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcguire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Pure Ground Ingredients*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER PARSONS,<br><br>Plaintiff,<br><br>vs.<br><br>PURE GROUND INGREDIENTS, INC.<br><br>Defendant. | Case No.: 3:25-cv-00729-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

Plaintiff HEATHER PARSONS ("Plaintiff"), by and through her counsel of record, MARK MAUSERT, ESQ. and SEAN MCDOWELL, ESQ., and Defendant PURE GROUND INDREDIENTS, INC. ("Defendant"), by and through its counsel of record, ANTHONY L. HALL, ESQ and JONATHAN A. MCGUIRE, ESQ. of SIMONS HALL JOHNSTON PC, hereby stipulate and agree that the defendant's deadline to file their Reply in Support of Motion to Dismiss, which is currently set for Thursday, February 26, 2026, be extended for a period of two (2) weeks, until Thursday, March 12, 2026.

This extension is being requested to facilitate the parties' attempts at early resolution. Additionally, this request is also being requested as Defendant's counsel has been in preparation

Page 1 of 3

*SIMONS HALL JOHNSTON PC*
*690 Sierra Rose Dr.,*
*Reno, NV 89511*
*Phone: (775) 785-0088*

for and will be attending an all-day mediation prior to the reply deadline in this matter. Counsel is also preparing a Supreme Court Brief due the first week of March 2026, as well as a temporary restraining order hearing and a motions hearing in other matters. As a result, Pure Ground Ingredients, Inc. believes a two (2) week extension will provide it with enough time to complete the drafting of its forthcoming Reply in Support of Motion to Dismiss and to comply with other deadlines in this matter.

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: February 25, 2026                              Dated: February 25, 2026

**MARK MAUSERT LAW OFFICES**              **SIMONS HALL JOHNSTON PC**


/s/ *Sean McDowell*                                      /s/ *Jonathan A. McGuire*
MARK MAUSERT, ESQ.                          ANTHONY L. HALL, Esq.
SEAN MCDOWELL, ESQ.                         JONATHAN A. McGUIRE, Esq.
729 Evans Avenue                                   690 Sierra Rose Drive
Reno, Nevada 89512                                 Reno, Nevada 89511

*Counsel for Plaintiff*                                 *Counsel for Defendant*


**ORDER**

**IT IS SO ORDERED.**

Dated this 26th day of February, 2026.

_____
U.S. District Judge

Page 2 of 3

<div style="writing-mode: vertical">SIMONS HALL JOHNSTON PC<br>690 Sierra Rose Dr.,<br>Reno, NV 89511<br>Phone: (775) 785-0088</div>

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

<u>**CERTIFICATE OF SERVICE**</u>

I, Terri Tribble, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC.  My business address is 690 Sierra Rose Dr., Reno, NV 89511.  I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (SECOND REQUEST)** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

> Mark Mausert, Esq.
> Sean McDowell, Esq.
> 729 Evans Avenue
> Reno, Nevada 89512
> sean@markmausertlaw.com
> *Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 25, 2026.

/s/ *Terri Tribble*
Employee of Simons Hall Johnston