Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER PARSONS, <br><br> Plaintiff, <br><br> v. <br><br> PURE GROUND INGREDIENTS, INC., <br><br> Defendant. | Case No.: 3:25-cv-00729-MMD-CSD <br><br><br> **STIPULATION AND ORDER TO STAY CASE AND VACATE EARLY NEUTRAL EVALUATION (FIRST REQUEST)** |

Plaintiff, HEATHER PARSONS, ("Plaintiff") and Defendant, PURE GROUND INGREDIENTS, INC., ("Defendant") hereby stipulate and agree to stay the case and vacate the upcoming Early Neutral Evaluation (currently scheduled for March 12, 2026).

The parties have come to an agreement for settlement and wish to stay the case pending finalization of the terms and conditions. Upon final resolution, the parties agree to file a stipulation for dismissal.

//

//

STIPULATION AND ORDER TO STAY CASE AND VACATE EARLY NEUTRAL EVALUATION (FIRST REQUEST) - 1

Therefore, to avoid wasting the Court's time, and not for the purpose of delay, the parties respectfully request this case be stayed and the upcoming Early Neutral Evaluation be vacated.

DATED this 4th day of March, 2026.          DATED this 4th day of March, 2026.
MARK MAUSERT LAW OFFICE                      SIMONS HALL JOHNSTON PC


By:  /s/ Sean McDowell                       By:  /s/ Jonathan McGuire
MARK MAUSERT                                 ANTHONY HALL
SEAN McDOWELL                                JONATHAN McGUIRE
729 Evans Avenue                             690 Sierra Rose Drive
Reno, Nevada 89512                           Reno, Nevada 89511

*Attorneys for Plaintiff*                    *Attorneys for Defendant*


IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 4, 2026

STIPULATION AND ORDER TO STAY CASE AND VACATE EARLY NEUTRAL EVALUATION (FIRST REQUEST) - 2