Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER PARSONS,<br><br>Plaintiff,<br><br>vs.<br><br>PURE GROUND INGREDIENTS, INC.,<br><br>Defendant. | Case No.: 3:25-cv-00729-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, HEATHER PARSONS, and Defendant, PURE GROUND INGREDIENTS, INC., by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 25th day of March, 2026.
MARK MAUSERT LAW OFFICE

 */s/ Mark Mausert*
 MARK MAUSERT
 SEAN McDOWELL
 729 Evans Avenue
 Reno, Nevada 89512

 *Attorneys for Plaintiff*

Dated this 25th day of March, 2026.
SIMONS HALL JOHNSTON PC

 */s/ Jonathan McGuire*
 ANTHONY HALL
 JONATHAN McGUIRE
 690 Sierra Rose Drive
 Reno, Nevada 89511

 *Attorneys for Defendant*

ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

**IT IS SO ORDERED.**

Dated:  March 25, 2026.

_____

UNITED STATES DISTRICT JUDGE

2.